The Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| OREGON MUTUAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) No. C05-5330JKA |
| vs. | ) |
| | ) **STIPULATION AND ORDER** |
| SECTION 36, a Washington Partnership; and JOHN W. HOLMAAS and CAROLE J. HOLMAAS, husband and wife, | ) **OF DISMISSAL** |
| Defendants. | ) |

## I.   <u>STIPULATION</u>

Comes now plaintiff OREGON MUTUAL INSURANCE COMPANY, by and through their undersigned counsel of record, and hereby stipulate and agree that all claims that have been or could have been asserted in this lawsuit be dismissed with prejudice and without costs to any party.

| | |
|---|---|
| GORDON THOMAS HONEYWELL MALANCA PETERSON & DAHEIM | SOHA & LANG, P.S. |
| By:*/s/ Bradley A. Maxa (via email auth.)* <br> Bradley A. Maxa, WSBA # 15198 <br> Attorneys for Defendants | By:*/s/ R. Lind Stapley* <br> R. Lind Stapley, WSBA # 19512 <br> Attorneys for Plaintiff |

**STIPULATION AND ORDER OF DISMISSAL - 1**
C:\DOCUME~1\aswan0\LOCALS~1\Temp\notesFFF692\Stip Order Dismissal.doc\6000.00052

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/FAX (206) 624-3585

## II. ORDER OF DISMISSAL

This matter having come on before the undersigned judge of the above entitled court upon the above STIPULATION of counsel, it is hereby **ORDERED, ADJUDGED AND DECREED** that this lawsuit and all claims that have been or could have been asserted in this lawsuit be and hereby are dismissed with prejudice and without costs to any party.

DATED this 13th day of July, 2005.

*/s/ J. Kelley Arnold*
U.S. Magistrate Judge

Presented by:

SOHA & LANG, P.S.


By: */s/ R. Lind Stapley*
  R. Lind Stapley, WSBA # 19512
  Attorneys for Plaintiff


Approved as to Form; Notice of Presentation Waived:

GORDON THOMAS HONEYWELL
MALANCA PETERSON & DAHEIM


By: */s/ Bradley A. Maxa (via email auth.)*
  Bradley A. Maxa, WSBA # 15198
  Attorneys for Defendants

**STIPULATION AND ORDER OF DISMISSAL - 2**
C:\DOCUME~1\aswan0\LOCALS~1\Temp\notesFFF692\Stip Order Dismissal.doc\6000.00052

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/FAX (206) 624-3585